**MARCUS, OLLMAN & KOMMER LLP**
ATTORNEYS AT LAW
148 HUGUENOT STREET, SUITE 402
NEW ROCHELLE, NEW YORK 10801

(914) 633-7400
FAX (914) 633-7445

ROBERT CHARLES OLLMAN
JOHN S. KOMMER

JONATHAN S. KLEIN*
RACHEL F. CICCONE

*ADMITTED NY, CT & PA

BARRY D. MARCUS
CLIFFORD H. GREENE
LAURIEANNE DELITTA
OF COUNSEL

February 27, 2008

Judge Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601
Via Fascimile and First Class Mail

**MEMO ENDORSED**

RE:   Local Union No. 825, et al. v. Landscape Unlimited, Inc.
      Case No. 08 cv 0590 (SCR)
      REQUEST FOR EXTENSION OF TIME

Dear Hon. Stephen C. Robinson:

Please be advised that the undersigned has recently been retained to represent Landscape Unlimited, Inc. with respect to the above captioned matter. Please accept this letter as a formal request for an extension of time to interpose an Answer or otherwise move on this matter as the Corporation was served on February 7, 2008 and thus an Answer would be due today, February 27, 2008. The undersigned respectfully requests an extension of time for thirty (30) days.

There has been no prior request for adjournment or extension of time. Should you have any questions, please feel free to contact my office.

Thank you for your courteous attention to this matter.

Very truly yours,

RACHEL F. CICCONE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

RFC:
cc:   Paul Montalbano, Esq
      via facsimile: 908-298-9333

*Defendant's time to answer or otherwise move is extended to 3/27/08.*

**APPLICATION GRANTED**

*Stephen C. Robinson*

HON. STEPHEN C. ROBINSION
3/3/08