

AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, CIVIL COVER SHEET |
| EFFECTED (1) BY ME: | OUT OF STATE |
| TITLE: | PROCESS SERVER    DATE: |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

LANDSCAPE UNLIMITED, INC.

Place where served:

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MRS Vierra    Managing agent

Relationship to defendant: _____

Description of person accepting service:

SEX: F  AGE: 45-50  HEIGHT: 5'8"  WEIGHT: 170-175  SKIN: White  HAIR: Black  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2/11/2008

Shirley Beyer  L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | PAUL A. MONTALBANO, ESQ. |
| PLAINTIFF: | LOCAL UNION NO. 825, ET AL |
| DEFENDANT: | LANDSCAPE UNLIMITED, INC. |
| VENUE: | SOUTHERN DISTRICT OF NEW YORK |
| DOCKET: | 08 CV 00590 |

ELLEN EAKLEY
Notary Public, State of New York
No. 01EA5085889
Qualified in Westchester County
Commission Expires Sept. 29, 2009

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.