AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, CIVIL COVER SHEET |
| EFFECTED (1) BY ME: | OUT OF STATE |
| TITLE: | PROCESS SERVER    DATE: 02/11/2008 12:00AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

LANDSCAPE UNLIMITED, INC.

Place where served:

13 Frances Drive, Katonah, NY 10536

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Mrs. Vierra, managing agent

Relationship to defendant: _____

Description of person accepting service:

SEX: F   AGE: 45-50   HEIGHT: 5'8"   WEIGHT: 170-175   SKIN: White   HAIR: Black   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 29 / 27 / 2008

*signature*
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, NC.
2009 MORRIS AVENUE
UNION, NJ 07083

ELLEN EAKLEY
Notary Public, State of New York
No. 01EA5085889
Qualified in Westchester County
Commission Expires Sept. 29, ____

| | |
|---|---|
| ATTORNEY: | PAUL A. MONTALBANO, ESQ. |
| PLAINTIFF: | LOCAL UNION NO. 825, ET AL |
| DEFENDANT: | LANDSCAPE UNLIMITED, INC. |
| VENUE: | SOUTHERN DISTRICT OF NEW YORK |
| DOCKET: | 08 CV 00590 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

TZ