UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------:
LOCAL UNION NO. 825, affiliated : CIVIL ACTION
with the INTERNATIONAL UNION OF : NO. 08-CV-00590 (SCR)
OPERATING ENGINEERS, AFL-CIO, :
and THE BOARD OF TRUSTEES OF :
THE INTERNATIONAL UNION OF :
OPERATING ENGINEERS, LOCAL 825 :
PENSION FUND, THE IUOE LOCAL :
825 WELFARE FUND, THE IUOE :
LOCAL 825 APPRENTICESHIP :
TRAINIING AND RETRAINING FUND, :
THE IUOE LOCAL 825 :
SUPPLEMENTAL UNEMPLOYMENT :
BENEFIT FUND, THE IUOE LOCAL : CORPORATE DISCLOSURE
825 SAVINGS FUND, THE IUOE : STATEMENT
LOCAL 825 ANNUITY FUND, :
    :
         Plaintiffs, :
    vs. :
    :
LANDSCAPE UNLIMITED, INC. :
    :
         Defendant, :
---------------------------------------------------:

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Federal Rules of Civil Procedure Rule 7.1, the Defendant, LANDSCAPE UNLIMITED, INC., makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ☐ Yes     ☑ No

2. Does party have any parent corporations?

    ☐ Yes     ☑ No

    If YES, identify all parent corporations, including grandparent and great-

grandparent corporations:

3  Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?
☐ Yes   ☑ No

If YES, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
☐ Yes   ☑ No

If YES, identify entity and nature of interest:

5. Is party a trade association?
☐ Yes   ☑ No

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

Dated: New Rochelle, New York
March 17, 2008

The Defendant,

LANDSCAPE UNLIMITED, INC.

BY: _____
JOHN S. KOMMER, ESQ.
MARCUS OLLMAN &KOMMER, LLP
Federal Bar # JK8570
145 Huguenot Street, Suite #402
New Rochelle, New York 10801
(914) 633-7400
(914) 633-7445 - fax
Jkommer@moklaw.com

2