**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LOCAL UNION NO. 825, affiliated with the INTERNATIONAL UNION OF OPERATING ENGINEERS, AFL-CIO, and THE BOARD OF TRUSTEES OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 825 PENSION FUND, THE IUOE LOCAL 825 WELFARE FUND, THE IUOE LOCAL 825 APPRENTICESHIP TRAINING AND RETRAINING FUND, THE IUOE LOCAL 825 SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND, THE IUOE LOCAL 825 SAVINGS FUND, THE IUOE LOCAL 825 ANNUITY FUND,<br><br>Plaintiffs<br><br>vs.<br><br>LANDSCAPE UNLIMITED, INC.<br><br>Defendant | Civil Action No.: 08-CV-00590 (SCR)<br><br><br><br>**ANSWER TO COUNTERCLAIM** |

Plaintiff/Defendant-Counterclaimant, The Boards of Trustees of the International Union of Operating Engineers Local 825 Pension Fund, The IUOE Local 825 Welfare Fund, The IUOE Local 825 Apprenticeship Training and Retraining Fund, The IUOE Local 825 Supplemental Unemployment Benefit Fund, The IUOE Local 825 Savings Fund and the IUOE Local 825 Annuity Fund (hereinafter "the Funds"), through its attorneys, Cohen, Leder, Montalbano & Grossman (Paul A. Montalbano appearing) in answer to Defendant's Counterclaim, does hereby state:

1

1.  The Funds deny the allegations set forth in paragraph 56 of the Counterclaim.

2.  The Funds deny the allegations set forth in paragraph 57 of the Counterclaim.

**AFFIRMATIVE DEFENSES:**

1.  Defendant/Plaintiff-Counterclaimant, Landscape Unlimited, Inc., has failed to properly plead issues of Jurisdiction and Venue.

2.  Defendant/Plaintiff-Counterclaimant, Landscape Unlimited, Inc., has failed to state a cause of action for which relief may be granted.

WHEREFORE, for all of the above reasons, Plaintiff/Defendant-Counterclaimant, The Boards of Trustees of the International Union of Operating Engineers Local 825 Pension Fund, The IUOE Local 825 Welfare Fund, The IUOE Local 825 Apprenticeship Training and Retraining Fund, The IUOE Local 825 Supplemental Unemployment Benefit Fund, The IUOE Local 825 Savings Fund and the IUOE Local 825 Annuity Fund, demands that judgment be entered dismissing the Counterclaim in its entirety together with counsel fees, costs, and such other relief as the Court deems just and proper.

COHEN, LEDER, MONTALBANO & GROSSMAN, LLC
Attorneys for Plaintiff/Defendant-Counterclaimant, The Boards of Trustees of the International Union of Operating Engineers Local 825 Pension Fund, The IUOE Local 825 Welfare Fund, The IUOE Local 825 Apprenticeship Training and Retraining Fund, The IUOE Local 825 Supplemental Unemployment Benefit Fund, The IUOE Local 825 Savings Fund and the IUOE Local 825 Annuity Fund

By: _____
PAUL A. MONTALBANO

Dated:  March 28, 2008