AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

**APPEARANCE**

LOCAL UNION NO. 825, et al. v. LANDSCAPE UNLIMITED, INC.    Case Number: 08 CV 00590 (SCR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs Local Union No. 825, affiliated with the International Union of Operating Engineers, AFL-CIO, and the Boards of Trustees of the International Union of Operating Engineers Local 825 Pension Fund, The IUOE Local 825 Welfare Fund, The IUOE Local 825 Apprenticeship Training and Retraining Fund, The IUOE Local 825 Supplemental Unemployment Benefit Fund, The IUOE Local 825 Savings fund, The IUOE Local 825 Annuity Fund

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/25/2008 | *(signature)* |
| Date | Signature |
| | Jane Lauer Barker — JB 5436 |
| | Print Name — Bar Number |
| | 499 Park Avenue |
| | Address |
| | New York — NY — 10022 |
| | City — State — Zip Code |
| | (212) 652-3890 — (212) 652-3891 |
| | Phone Number — Fax Number |