UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOCAL UNION NO. 825, et als.

               Plaintiff(s)

-against-

LANDSCAPE UNLIMITED

               Defendant(s)

**SUBSTITUTION OF ATTORNEY**

Docket No.: 08-Civ. 590 (SCR)

    The undersigned hereby consent to the substitution of PITTA & DREIER LLP (Vincent M. Giblin, Esq. appearing), as attorney(s) for the Plaintiffs in the above-entitled matter.

**COHEN, LEDER, MONTALBANO
& GROSSMAN, L.L.C.**
1700 Galloping Hill Road
Kenilworth, New Jersey 07033
(908) 298-8800

By: _____
PAUL A. MONTALBANO
Withdrawing Attorneys

Dated: 6/19/08

**PITTA & DREIER LLP**
499 Park Avenue
New York, New York 10022
212-652-3890

By: _____
VINCENT M. GIBLIN
Superseding Attorneys

Dated: 6/17/08

SO ORDERED
_____
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
9/2/08